# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolf, Mark L. | United States District Court District of Massachusetts | 08/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

1 Courthouse Way Suite 4130
Boston, MA 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman Emeritus, Director | Albert Schweitzer Fellowship |
| 2. | Chair | John William Ward Fellowship |
| 3. | Chair | Integrity Initiatives International |
| 4. | Adjunct Lecturer | Harvard University Kennedy School |
| 5. | Senior Fellow | Harvard University Carr Center for Human Rights |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Harvard Kennedy School - Teaching | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | THIRD SECTOR NEW ENGLAND/INTEGRITY INITIATIVES INT'L | 02/12-14/2019 | WASHINGTON, DC | EDUCATIONAL PROGRAM | TRANSPORTION FOOD LODGING |
| 2. | MONTERREY INST OF TECHNOLOGY | 5/19-24/2019 | MEXICO CITY, MEXICO | EDCATIONAL PROGRAM | TRANSPORTION FOOD LODGING |
| 3. | THIRD SECTOR NEW ENGLAND/INTEGRITY INITIATIVES INT'L | 5/31-6/5/2019 | ROME, ITALY | EDUCATIONAL PROGRAM | TRANSPORTION FOOD LODGING |
| 4. | THIRD SECTOR NEW ENGLAND/INTEGRITY INITIATIVES INT'L | 6/6-9/2019 | KYIV, UKRAINE | EDUCATIONAL PROGRAM | TRANSPORTION FOOD LODGING |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Wolf, Mark L.** | 08/10/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | UNITED NATIONS OFFICE ON DRUG AND CRIME | 6/10-15/2019 | OSLO, NORWAY | EDUCATIONAL PROGRAM | TRANSPORTION FOOD LODGING |
| 6. | THIRD SECTOR NEW ENGLAND/INTEGRITY INITIATIVES INT'L | 9/22-24/2019 | NEW YORK, NY | EDUCATIONAL PROGRAM | TRANSPORTION FOOD LODGING |
| 7. | THIRD SECTOR NEW ENGLAND/INTEGRITY INITIATIVES INT'L | 10/13-16/2019 | CALI, COLOMBIA | EDUCATIONAL PROGRAM | TRANSPORTION |
| 8. | MINISTRY OF COLOMBIA | 10/13-16/2019 | CALI,COLOMBIA | EDUCATIONAL PROGRAM | FOOD AND LODGING |
| 9. | THIRD SECTOR NEW ENGLAND/INTEGRITY INITIATIVES INT'L | 11/9-13/2019 | KYIV, UKRAINE | EDUCATIONAL PROGRAM | TRANSPORATION |
| 10. | EUROPEAN UNION ANTI-CORRUPTION INITATIVE | 11/9-13/2019 | KYIV, UKRAINE | EDUCATIONAL PROGRAM | FOOD AND LODGING |
| 11. | THIRD SECTOR NEW ENGLAND/INTEGRITY INITIATIVES INT'L | 11/14-17/2019 | LONDON, ENGLAND | EDUCATIONAL PROGRAM | TRANSPORTION FOOD LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 08/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 08/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 2. McDonald's Corp | B | Dividend | L | T | | | | | |
| 3. Schwab Govt Money Fund | A | Dividend | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. 3 E Brokerage Account (H) 51 | | | | | | | | | |
| 6. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | | | | | |
| 7. FIDELITY GOVT MMKT PREMIUM CLASS | A | Dividend | L | T | Buy | 06/06/19 | L | | |
| 8. | | | | | Sold (part) | 06/26/19 | J | | |
| 9. | | | | | Sold (part) | 06/28/19 | L | | |
| 10. iShares Core S&P 500 ETF | A | Dividend | K | T | Sold (part) | 01/11/19 | J | | |
| 11. | | | | | Buy (add'l) | 03/06/19 | K | | |
| 12. | | | | | Sold (part) | 03/12/19 | J | | |
| 13. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 14. | | | | | Sold (part) | 06/05/19 | K | | |
| 15. | | | | | Sold (part) | 10/07/19 | J | | |
| 16. ISHARES INC CORE MSCI EMERGING MKTS | A | Dividend | J | T | Buy | 01/04/19 | J | | |
| 17. | | | | | Buy (add'l) | 01/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 08/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy (add'l) | 01/10/19 | J | | |
| 19. | | | | | Buy (add'l) | 03/06/19 | K | | |
| 20. | | | | | Sold (part) | 03/12/19 | K | | |
| 21. | | | | | Buy (add'l) | 04/03/19 | K | | |
| 22. | | | | | Sold (part) | 05/24/19 | K | A | |
| 23. | | | | | Sold (part) | 08/28/19 | K | | |
| 24. iShares TIPS Bond ETF (TIP) | A | Dividend | K | T | Sold (part) | 10/07/19 | J | A | |
| 25. iShares TR US Treas BD ETF | A | Dividend | K | T | Buy (add'l) | 03/06/19 | K | | |
| 26. | | | | | Sold (part) | 04/03/19 | K | A | |
| 27. | | | | | Buy (add'l) | 05/24/19 | J | | |
| 28. | | | | | Buy (add'l) | 10/03/19 | L | | |
| 29. | | | | | Sold (part) | 11/06/19 | L | | |
| 30. ISHARES US ETF TR COMMOD SEL STG | A | Dividend | K | T | Buy | 04/03/19 | K | | |
| 31. | | | | | Sold (part) | 05/24/19 | J | | |
| 32. | | | | | Sold (part) | 06/05/19 | J | | |
| 33. iShares Gold Trust iShares (IAU) | A | Dividend | J | T | Sold (part) | 10/07/19 | J | A | |
| 34. iShares US Eft Tr Sht Mat DS ETF | B | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 08/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. JP MORGAN EXCHANGE TRADED FD BETBULD | A | Dividend | J | T | Buy | 11/06/19 | J | | |
| 36. JP MORGAN EXCHANGE TRADED FD ULTRA SHRT | A | Dividend | K | T | Buy | 11/06/19 | L | | |
| 37. SPDR Gold Tr Gold Shs | A | Dividend | K | T | Sold (part) | 11/09/19 | J | A | |
| 38. SPDR INDEX SHS FDS MSCI ACWI EX-US ETF | A | Dividend | K | T | Buy | 11/06/19 | K | | |
| 39. SPDR SER TR S&P DIVID ETF (SDY) | A | Dividend | K | T | Buy | 11/06/19 | K | | |
| 40. Spdr Ser TR DJ Wilshire Small Cap | A | Dividend | J | T | | | | | |
| 41. Vanguard Index Fds Small Cap (VBR) | A | Dividend | K | T | | | | | |
| 42. Vanguard Scottsdale Fds Short Tern TreasA | A | Dividend | M | T | Sold (part) | 01/08/19 | J | | |
| 43. | | | | | Sold (part) | 01/10/19 | J | | |
| 44. | | | | | Sold (part) | 02/06/19 | J | | |
| 45. | | | | | Sold (part) | 02/07/19 | J | | |
| 46. | | | | | Sold (part) | 03/06/19 | L | | |
| 47. World Gold Tr SPDR Gld Minis | A | Dividend | J | T | Buy (add'l) | 02/06/19 | J | | |
| 48. | | | | | | | | | |
| 49. 3 E Brokerage Account 95 (H) | | | | | | | | | |
| 50. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | | | | | |
| 51. iShares Core S&P Total US Stock Market ETF (ITOT) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolf, Mark L.** | 08/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  ISHARES INC CORE MSCI EMERGING MKTS | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 53. | | | | | Buy (add'l) | 01/10/19 | J | | |
| 54. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 55. | | | | | Sold (part) | 03/12/19 | J | | |
| 56. | | | | | Buy (add'l) | 04/03/19 | K | | |
| 57. | | | | | Sold (part) | 05/24/19 | J | | |
| 58. | | | | | Sold (part) | 08/28/19 | J | | |
| 59.  ISHARES US ETF TR COMMOD SEL STG | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 60. | | | | | Sold (part) | 05/24/19 | J | | |
| 61. | | | | | Sold (part) | 06/05/19 | J | | |
| 62.  iShares Core S&P 500 ETF | A | Dividend | J | T | Buy (add'l) | 03/06/19 | K | | |
| 63. | | | | | Sold (part) | 03/12/19 | J | | |
| 64. | | | | | Buy (add'l) | 04/04/19 | K | | |
| 65. | | | | | Sold (part) | 05/24/19 | J | | |
| 66. | | | | | Sold (part) | 06/05/19 | J | | |
| 67.  iShares TR MSCI ACWI ETF (ACWI) | A | Dividend | K | T | | | | | |
| 68.  iShares Gold Trust iShares (IAU) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 08/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. iShares TIPS Bond ETF (TIP) | A | Dividend | K | T | | | | | |
| 70. iShares TR Short Treas Bd (SHV) | A | Dividend | J | T | Sold<br>(part) | 11/21/19 | J | A | |
| 71. | | | | | Buy<br>(add'l) | 03/06/19 | K | | |
| 72. | | | | | Sold<br>(part) | 04/03/19 | K | A | |
| 73. iShares Tr Short Treas Bd | A | Dividend | K | T | | | | | |
| 74. iShares US Treas Be ETF | A | Dividend | L | T | Buy<br>(add'l) | 05/24/19 | K | | |
| 75. | | | | | Buy<br>(add'l) | 10/03/19 | L | | |
| 76. SPDR S&P 500 ETF | A | Dividend | J | T | | | | | |
| 77. SPDR INDEX SHS FDS MSCI ACWI EX-US ETF | A | Dividend | J | T | Buy | 11/06/19 | K | | |
| 78. SPDR SER TR S&P DIVID ETF | A | Dividend | L | T | Buy | 11/21/19 | K | | |
| 79. Vanguard Scottsdale Fds Short Ter Treas | A | Dividend | L | T | Sold<br>(part) | 01/10/19 | J | | |
| 80. | | | | | Sold<br>(part) | 02/06/19 | J | | |
| 81. | | | | | Sold<br>(part) | 03/06/19 | L | | |
| 82. World Gold TR SPDR Gld Minis | | None | J | T | Buy<br>(add'l) | 02/06/19 | J | | |
| 83. | | | | | | | | | |
| 84. 3 E Brokerage Account 00 (H) | | | | | | | | | |
| 85. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 08/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. iShares Core S&P 500 ETF | A | Dividend | J | T | | | | | |
| 87. iShares TIPS Bond ETF (TIP) | A | Dividend | J | T | | | | | |
| 88. iShares TR US Treas BD ETF | A | Dividend | J | T | | | | | |
| 89. Powershares QQQ Tr Unit Ser 1(QQQ) n/k/a Invesco QQQ Tr Unit | A | Dividend | J | T | | | | | |
| 90. SPDR Ser TR DJ Wilshire Small Cap | A | Dividend | J | T | | | | | |
| 91. Vanguard Index Fds Small Cap (VBR) | A | Dividend | J | T | | | | | |
| 92. Vanguard Scottsdale Fds Short Term Treas | A | Dividend | L | T | | | | | |
| 93. World Gold Tr Spdr Gld Minis | | None | J | T | | | | | |
| 94. | | | | | | | | | |
| 95. 3 E Brokerage Account 64 (H) | | | | | | | | | |
| 96. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | | | | | |
| 97. ISHARES INC CORE MSCI EMERGING MKTS | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 98. | | | | | Buy (add'l) | 01/10/19 | J | | |
| 99. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 100. | | | | | Sold (part) | 03/12/19 | K | | |
| 101. | | | | | Buy (add'l) | 04/03/19 | K | | |
| 102. | | | | | Sold (part) | 05/24/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 08/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 08/28/19 | K | | |
| 104. ISHARES US ETF TR COMMOD SEL STG | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 105. | | | | | Sold (part) | 05/24/19 | J | | |
| 106. | | | | | Sold (part) | 06/05/19 | J | | |
| 107. iShares Core S&P 500 ETF | A | Dividend | K | T | Buy (add'l) | 01/04/19 | J | | |
| 108. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 109. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 110. | | | | | Sold (part) | 06/05/19 | J | | |
| 111. iShares TIPS Bond ETF (TIP) | A | Dividend | L | T | Sold (part) | 11/21/19 | J | A | |
| 112. iShares Gold Trust iShares (IAU) | A | Dividend | J | T | Sold (part) | 11/06/19 | J | A | |
| 113. iShares TR US Treas Bd ETF | A | Dividend | K | T | Buy (add'l) | 03/06/19 | K | | |
| 114. | | | | | Sold (part) | 04/03/19 | J | | |
| 115. | | | | | Buy (add'l) | 05/24/19 | J | | |
| 116. | | | | | Buy (add'l) | 10/03/19 | K | | |
| 117. | | | | | Sold (part) | 11/06/19 | K | | |
| 118. | | | | | Sold (part) | 11/06/19 | J | | |
| 119. ISHARES TR US TREAS BD ETF (GOVT) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 08/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. JP MORGAN EXCHANGE TRADED FD BETBULD | A | Dividend | J | T | Buy | 11/06/19 | J | | |
| 121. JP Morgan ETF Trust Ultra Short Income | A | Dividend | K | T | Buy<br>(add'l) | 11/06/19 | K | | |
| 122. Powershares QQQ Tr Unit Ser 1(QQQ)n/k/a Invesco QQQ Tr Unit Ser1 (QQQ) | A | Dividend | J | T | Sold<br>(part) | 03/12/19 | J | | |
| 123. SPDR INDEX SHS FDS MSCI ACWI EX-US ETF | A | Dividend | J | T | Buy | 11/06/19 | J | | |
| 124. SPDR SER TR S&P DIVID ETF | A | Dividend | K | T | Buy | 11/21/19 | K | | |
| 125. SPDR Gold Tr Gold Shs | A | Dividend | J | T | | | | | |
| 126. Vanguard Index Fds Small Cap (VBR) | A | Dividend | J | T | Sold<br>(part) | 03/12/19 | J | | |
| 127. | | | | | Sold<br>(part) | 06/05/19 | J | | |
| 128. Vanguard Scottsdale Fds Short Term Treas (VGSH) | A | Dividend | L | T | Sold<br>(part) | 01/08/19 | J | | |
| 129. | | | | | Sold<br>(part) | 01/10/19 | J | | |
| 130. | | | | | Sold<br>(part) | 02/06/19 | J | | |
| 131. | | | | | Sold<br>(part) | 02/07/19 | J | | |
| 132. | | | | | Sold<br>(part) | 03/06/19 | K | | |
| 133. World Gold Tr SPDR Gld Minis (GLDM) | A | Dividend | J | T | Buy<br>(add'l) | 02/06/19 | J | | |
| 134. | | | | | | | | | |
| 135. 3 E Brokerage Account 53 (H) | | | | | | | | | |
| 136. ISHARES INC CORE MSCI EMERGING MKTS | A | Dividend | J | T | Buy | 01/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolf, Mark L.** | 08/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 01/10/19 | J | | |
| 138. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 139. | | | | | Sold (part) | 03/12/19 | J | | |
| 140. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 141. | | | | | Sold (part) | 05/24/19 | J | | |
| 142. | | | | | Sold (part) | 08/28/19 | J | | |
| 143. ISHARES US ETF TR COMMOD SEL STG | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 144. | | | | | Sold (part) | 05/24/19 | J | | |
| 145. iShares Core S&P 500 ETF (IVV) | A | Dividend | J | T | Buy (add'l) | 03/06/19 | J | | |
| 146. | | | | | Buy (add'l) | 03/08/19 | J | | |
| 147. | | | | | Sold (part) | 03/12/19 | J | | |
| 148. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 149. | | | | | Sold (part) | 06/05/19 | J | | |
| 150. iShares Core S&P Total US Stock Market ETF (ITOT) | A | Dividend | J | T | Sold (part) | 03/06/19 | J | | |
| 151. | | | | | Sold (part) | 05/24/19 | J | | |
| 152. ISHARES TRUST 1-3 YEAR TREASURY BOND | A | Dividend | J | T | Buy | 03/06/19 | J | | |
| 153. | | | | | Sold (part) | 04/03/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 08/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05/24/19 | J | | |
| 155. | | | | | Buy (add'l) | 10/03/19 | K | | |
| 156. | | | | | Buy (add'l) | 11/21/19 | J | | |
| 157. iShares TR Short Treas Bd (SHV) | A | Dividend | J | T | | | | | |
| 158. iShares US ETF Tr Short Maturity Bd (NEAR) | A | Dividend | J | T | | | | | |
| 159. iShares TR US Treas BD ETF (GOVT) | A | Dividend | J | T | Buy | 11/06/19 | J | | |
| 160. | | | | | Sold (part) | 11/21/19 | J | | |
| 161. iShares US ETF Trust Commodities Select | A | Dividend | J | T | Sold (part) | 06/07/19 | J | | |
| 162. SPDR INDEX SHS FDS MSCI ACWI EX-US ETF | A | Dividend | J | T | Buy | 11/06/19 | J | | |
| 163. SPDR SER TR S&P DIVID ETF | A | Dividend | J | T | Buy | 11/21/19 | J | | |
| 164. Vanguard Scottsdale Fds Short Term Treas (VGSH) | A | Dividend | K | T | Sold (part) | 01/10/19 | J | | |
| 165. | | | | | Sold (part) | 02/06/19 | J | | |
| 166. | | | | | Sold (part) | 03/06/19 | J | | |
| 167. World Gold TR SPDR GLD MINIS (GLDM) | A | Dividend | J | T | Buy (add'l) | 02/06/19 | J | | |
| 168. | | | | | | | | | |
| 169. 3 E Brokerage Account 56 (H) | | | | | | | | | |
| 170. Fidelity Treasury Money Market Fd (FZFXX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 08/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. ISHARES INC CORE MSCI EMERGING MKTS | A | Dividend | J | T | Buy | 01/04/19 | J | | |
| 172. | | | | | Buy (add'l) | 01/08/19 | J | | |
| 173. | | | | | Buy (add'l) | 01/10/19 | J | | |
| 174. | | | | | Buy (add'l) | 03/06/19 | J | | |
| 175. | | | | | Sold (part) | 03/12/19 | J | | |
| 176. | | | | | Buy (add'l) | 04/04/19 | J | | |
| 177. | | | | | Sold (part) | 05/24/19 | J | | |
| 178. | | | | | Sold (part) | 08/28/19 | J | | |
| 179. ISHARES CORE S&P 500 ETF | A | Dividend | J | T | Buy | 03/06/19 | J | | |
| 180. | | | | | Sold (part) | 03/12/19 | J | | |
| 181. | | | | | Buy (add'l) | 04/04/19 | J | | |
| 182. | | | | | Sold (part) | 06/05/19 | J | | |
| 183. | | | | | Sold (part) | 10/07/19 | J | | |
| 184. iShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Sold (part) | 10/07/19 | J | | |
| 185. ISHARES TRUST 1-3 YEAR TREASURY BOND | A | Dividend | J | T | Buy | 03/06/19 | J | | |
| 186. | | | | | Sold (part) | 04/04/19 | J | | |
| 187. | | | | | Sold (part) | 10/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Sold (part) | 11/21/19 | J | | |
| 189. iShares TR US Treas Bd EFT (GOVT) | A | Dividend | J | T | Buy (add'l) | 05/24/19 | J | | |
| 190. | | | | | Buy (add'l) | 10/03/19 | K | | |
| 191. | | | | | Sold (part) | 10/07/19 | J | A | |
| 192. | | | | | Sold (part) | 11/06/19 | K | | |
| 193. | | | | | Sold (part) | 11/21/19 | J | A | |
| 194. iShares Gold Trust iShares (IAU) | A | Dividend | J | T | Sold (part) | 10/07/19 | J | | |
| 195. | | | | | Sold (part) | 11/06/19 | J | A | |
| 196. ISHARES US ETF TR COMMOD SEL STG | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 197. | | | | | Sold (part) | 05/24/19 | J | | |
| 198. | | | | | Sold (part) | 06/05/19 | J | | |
| 199. JP MORGAN EXCHANGE TRADED FD BETBULD | A | Dividend | J | T | Buy | 11/06/19 | J | | |
| 200. JP MORGAN EXCHANGE TRADED FD ULTRA SHRT | A | Dividend | K | T | Buy | 11/06/19 | K | | |
| 201. SPDR Gold Tr Gold Shs | A | Dividend | J | T | | | | | |
| 202. SPDR INDEX SHS FDS MSCI ACWI EX-US ETF | A | Dividend | J | T | Buy (add'l) | 11/06/19 | J | | |
| 203. SPDR SER TR S&P DIVID ETF | A | Dividend | J | T | Buy | 11/21/19 | J | | |
| 204. Vanguard Scottsdale Fds Short Term Treas (VGSH) | A | Dividend | K | T | Sold (part) | 01/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolf, Mark L.** | 08/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 01/10/19 | J | | |
| 206. | | | | | Sold (part) | 02/06/19 | J | | |
| 207. | | | | | Sold (part) | 02/07/19 | J | | |
| 208. | | | | | Sold (part) | 03/06/19 | J | | |
| 209. Wisdomtree Trust Japan Small Cap Divid FD | A | Dividend | J | T | | | | | |
| 210. World Gold TrSPDR Gld Minis | A | Dividend | J | T | Buy (add'l) | 02/06/19 | J | | |
| 211. Fidelity USA n/k/a Fidelity Money Market Checking Account | B | Interest | M | T | | | | | |
| 212. | | | | | | | | | |
| 213. Bank of America (savings) | A | Interest | K | T | | | | | |
| 214. Bank of America (checking) | A | Interest | K | T | | | | | |
| 215. LILO, LLC (Limited Liability Corporation) | F | Dividend | M | U | | | | | |
| 216. Citizens Bank (savings and checkings) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2019, most of the assets owned by          and me were managed by 3Edge Asset Management ("3Edge"). We invest in what 3Edge calls "Funds," through which identical investments are made simultaneously for many investors. They are not mutual funds. Rather, various index shares are bought and sold for individual accounts at various times. Therefore, there are many transactions described in this Report which would not be required to be reported if we were invested in mutual funds which engaged in similar transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| Wolf, Mark L. | 08/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark L. Wolf**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544